IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES EDWARD GREEN,

      Petitioner,                              CASE NO. 2:14-CV-1698
                                              JUDGE GEORGE C. SMITH
    v.                                           MAGISTRATE JUDGE KING

WARDEN, FRANKLIN MEDICAL
CENTER,

      Respondent.

### ORDER

On November 21, 2014, the Magistrate Judge recommended that the *Motion for Dismissal of Writ of Habeas Corpus Filed by Petitioner*, ECF 15, be denied, reasoning that it did not appear that the motion had been filed by petitioner. *Report and Recommendation,* ECF 19. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation,* ECF 19, is **ADOPTED** and **AFFIRMED.** The *Motion for Dismissal of Writ of Habeas Corpus Filed by Petitioner*, ECF 15, is **DENIED** and ordered **STRICKEN** from the record.

                                                                *\s\ George C. Smith*
                                                                 **GEORGE C. SMITH, JUDGE**
                                                                  **UNITED STATES DISTRICT COURT**